1/5/2022 8:51 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60500623
By: DANIELLE JIMENEZ
Filed: 1/5/2022 8:51 AM

CAUSE NO. 2021-84228

| | | |
|---|---|---|
| MIRTHA GUTIERREZ Individually And o/b/o RENBERTO GUTIERREZ | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| | § | HARRIS COUNTY, TEXAS |
| V. | § § | |
| DAIRY FARMERS OF AMERICA, INC., DEAN FOODS COMPANY, SOUTHERN FOODS GROUP, LLC, And DEAN WEST II, LLC | § § § § § | 80th DISTRICT COURT |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

Plaintiff files this Notice of Nonsuit Without Prejudice as to Defendants Dairy Farmers of America, Inc., Dean Foods Company, Southern Foods Group, LLC, and Dean West II, LLC. *See* TEX. R. CIV. P. 162. Plaintiff's nonsuit is effective immediately upon filing. *See Travelers Ins. Co. v. Joachim*, 315 S.W.3d 860, 862-63 (Tex. 2010).

Respectfully submitted,

# THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
Christopher J. Leavitt
State Bar No. 24053318
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com
tbuzbee@txattorneys.com
cleavitt@txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

**EXHIBIT A-3**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record in accordance with the Texas Rules of Civil Procedure on January 5, 2022.

                                               */s/ Christopher J. Leavitt*
                                               Christopher J. Leavitt