Date 1.18.22
Time 1:55 pm
L. Buggs psc4127

Receipt Number: 940202
Tracking Number: 73959775

EML
COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202201744

| | |
|---|---|
| PLAINTIFF: GUTIERREZ, MIRTHA (INDIVIDUALLY AND ON BEHALF OF RENBERTO GUTIERREZ) | In the 281st Judicial |
| vs. | District Court of |
| DEFENDANT: CREWS, JULES P | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: CREWS, JULES
3430 LEELAND ST
HOUSTON TX 77003

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on January 11, 2022, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this January 12, 2022.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: PATRICIA JONES

Issued at request of:
BUZBEE, ANTHONY G.
600 TRAVIS, STE. 7300
HOUSTON, TX 77002
713-223-5393

Bar Number: 24001820

**EXHIBIT A-5**

Tracking Number: 73959775
EML

CAUSE NUMBER: 202201744

PLAINTIFF: GUTIERREZ, MIRTHA (INDIVIDUALLY AND ON BEHALF OF RENBERTO GUTIERREZ)

vs.

DEFENDANT: CREWS, JULES P

In the 281st Judicial District Court of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____, _____ defendant,
by delivering to _____
in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____ of _____
County, Texas

_____   By: _____
          Affiant                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

_____
Notary Public