Case 4:22-cv-01221   Document 1-7   Filed on 04/15/22 in TXSD   Page 1 of 3

2/4/2022 12:48 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61456758
By: Jennifer Ochoa
Filed: 2/4/2022 12:48 PM

Cause No. 2022-01744

| | | |
|---|---|---|
| **MIRTHA GUTIERREZ Individually and o/b/o RENBERTO GUTIERREZ,** § § § | | IN THE DISTRICT COURT OF |
| *Plaintiff*, § § | | |
| v. § § | | HARRIS COUNTY, TEXAS |
| **JULES P. CREWS,** § § | | |
| *Defendant.* § | | 281ST JUDICIAL DISTRICT |

### DEFENDANT JULES P. CREWS'S ORIGINAL ANSWER

COMES NOW, Jules P. Crews (hereinafter "Defendant" or "Crews"), and files this his Original Answer, and would show unto the Court as follows:

#### GENERAL DENIAL

1. Defendant does hereby exercise his right under the law wherein Defendant may file a general denial and require the Plaintiff to prove Plaintiff's causes of action by a preponderance of the evidence. Defendant, therefore, denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition for the sole purpose of requiring the Plaintiff to prove Plaintiff's cause of action to a fair and impartial jury.

WHEREFORE, PREMISES CONSIDERED, Defendant Jules P. Crews respectfully prays that upon final judgement entered herein, Plaintiff recover nothing against Defendant, that Defendant have judgment in his favor, that all costs be taxed against Plaintiff, and for such other and further relief, at law or in equity, to which Defendant is justly entitled.

Respectfully submitted,

MULLIN HOARD & BROWN, L.L.P.
Chad L. Farrar, SBN 00793716
C. Brett Stecklein, SBN 00794688
Katie Harrison, SBN 24062767
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
Telephone:     (214) 754-0040
Facsimile:      (214) 754-0043
cfarrar@mhba.com
bstecklein@mhba.com
kharrison@mhba.com

　　　/s/ Chad L. Farrar
By:  Chad L. Farrar

***Attorney for Defendant Jules P. Crews***

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing document upon all known counsel of record, as indicated below, in conformity to the TEXAS RULES OF CIVIL PROCEDURE on this 4th day of February, 2022.

***Via e-filing***
***Via Email*** tbuzbee@txattorneys.com
cleavitt@txattorneys.com
Anthony G. Buzbee
Christopher J. Leavitt
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002

　　　/s/ Chad L. Farrar
Chad L. Farrar

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

LaKisha Pringle on behalf of Chad Farrar
Bar No. 00793716
kpringle@mhba.com
Envelope ID: 61456758
Status as of 2/4/2022 1:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brett Stecklein | | bstecklein@mhba.com | 2/4/2022 12:48:38 PM | SENT |
| Katie Harrison | | kharrison@mhba.com | 2/4/2022 12:48:38 PM | SENT |
| Chad Farrar | | cfarrar@mhba.com | 2/4/2022 12:48:38 PM | SENT |
| Kisha Pringle | | kpringle@mhba.com | 2/4/2022 12:48:38 PM | SENT |