UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mirtha Gutierrez<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22–cv–01221 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Dairy Farmers of America, Inc., et al.<br>    Defendant. | §<br>§ | |

ORDER IN REMOVED ACTION

Within ten days of entry of this Order, the removing party or parties must file *the certificate of service in removed action* and *the statement of information in removed action*, as indicated in the attached forms. A copy of both must also be served on all other parties.

The Court may summarily remand for failure of compliance.

SO ORDERED.

Signed on May 17, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mirtha Gutierrez<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22–cv–01221 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Dairy Farmers of America, Inc., et al.<br>Defendant. | §<br>§ | |

CERTIFICATE OF SERVICE IN A REMOVED ACTION

I certify compliance with the Order of the Court entered upon filing of the petition for removal of this action.

On _____, I served on all other parties copies of (1) the Order For Conference and Disclosure of Interested Parties, and (2) the Court's Procedures and Forms.

Respectfully submitted,

_____   _____
Date                                        [Signature Block]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mirtha Gutierrez<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22–cv–01221 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Dairy Farmers of America, Inc., et al.<br>    Defendant. | §<br>§ | |

STATEMENT OF IINFORMATION IN A REMOVED ACTION

*Restate each instruction in bold and furnish
the requested information.*

1. State the date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.
2. In actions removed based on diversity jurisdiction, list the citizenship of all parties, including the citizenship of each member of a partnership or other type of business association such as LLCs and LLPs. Specifically identify whether any defendants who have been served are citizens of Texas.
3. In actions removed based on diversity jurisdiction, state the amount alleged in controversy and the basis for this amount.
4. In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be summarily remanded.
5. Identify any defendant that did not join in the notice of removal and explain why.

Respectfully submitted,

_____       _____
Date                                               [Signature Block]